| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| JAMES THOMAS GREEN, § § Plaintiff, § § versus § § REBECCA MALLET, *et al.,* § § Defendants. § | CIVIL ACTION NO. 1:19-CV-100 |

**MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff James Thomas Green, an inmate formerly confined at the Hightower Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends denying plaintiff's motion for default judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

The court has conducted a *de novo* review in this case. After careful consideration, the court concludes plaintiff's objections to the report are without merit. Service of the complaint and amended complaint on the Assistant Attorney General assigned to represent some of the defendants is not proper service as to the remaining defendants. Plaintiff remains responsible for service of the defendants in compliance with Rule 4 of the Federal Rules of Civil Procedure.

**O R D E R**

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is

**ADOPTED**. It is therefore

**ORDERED** that plaintiff's motion for default judgment is **DENIED**.

SIGNED at Beaumont, Texas, this 12th day of March, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE