| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| JAMES THOMAS GREEN, § | |
| Plaintiff, § | |
| versus § | CIVIL ACTION NO. 1:19-CV-100 |
| REBECCA MALLET, *et al.*, § | |
| Defendants. § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff James Thomas Green, an inmate confined at the Cotulla Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends denying plaintiff's motion for default judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. Plaintiff's motion for default judgment (docket entry no. 25) is **DENIED**.

SIGNED at Beaumont, Texas, this 3rd day of March, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE