IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES THOMAS GREEN | § | |
| VS. | § | CIVIL ACTION NO. 1:19cv100 |
| REBECCA MALLET, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff James Thomas Green, an inmate at the Cotulla Unit, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting the defendants' motion to dismiss (docket entry no. 38).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** that the defendants' motion to dismiss filed by defendants Robert Behrns,

Rebecca Mallet, Tina Trahan, Gwendolen Durham, Bristi Delao, and Nacresha Haymond (docket entry no. 38) is **GRANTED**.

    **SIGNED** this the **15** day of **September, 2021.**

    _____
    Thad Heartfield
    United States District Judge